PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.

Crim. No. 298-00032-005

Timothy Hicks

On May 1, 2002, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Timothy Hicks be discharged from supervised release.

Respectfully submitted,

David M. Paga  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of August, 2006.

Judge U.S. District Court